IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHELIA ROBINSON, o/b/o D.R.,      :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :
                                  :     CIVIL ACTION 12-0356-M
MICHAEL J. ASTRUE,                :
Commission of Social Security,    :
                                  :
    Defendant.                    :

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Shelia Robinson, on behalf of D.R.

DONE this 16th day of January, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE